UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re:                                                          CASE NO. 13-14289-BKC-LMI
                                                                Chapter 11
THE FORT LAUDERDALE
BRIDGE CLUB, INC.

       Debtor.              /
SAMUEL D. ROSEN,                                                ADV. PROC. NO. 13-1884-LMI

    Plaintiff,

v.

GARY FREEDMAN, JOEL TABAS,
TABAS, FREEDMAN, SOLOFF,
BROWN& RIGALI, P.A., AND JOHN
DOE I-X,

    Defendants.
                                              /

## DEFENDANTS' *EX PARTE* MOTION TO ABATE ADVERSARY PROCEEDING

Defendants, Gary Freedman, Joel L. Tabas and Tabas, Freedman, Soloff, Brown & Rigali, P.A. (collectively, the "Defendants") file this *Ex Parte* Motion to Abate Adversary Proceeding, and in support thereof, states as follows:

1. The Fort Lauderdale Bridge Club, Inc.'s (the "Debtor") bankruptcy case commenced with the filing of a voluntary Chapter 11 Petition on February 26, 2013 [Main Case, ECF 1].

2. Joel L. Tabas was appointed successor Chapter 11 Trustee on August 13, 2013 [Main Case, ECF 243].

3. On October 29, 2013, pursuant to the Court's instructions at the October 24, 2013 Status Conference, Trustee filed his Request for Mediation, seeking to resolve, among other things, the underlying litigation between creditor Samuel D. Rosen ("Rosen"), the Debtor, its members and some of its current and former officers and Board of Governors [Main Case, ECF 445].

4. On December 10, 2013, the Court granted the Trustee's Request for Mediation, and ordered that "***it is appropriate to abate all pending matters, including the service or conduct of discovery, other than those matters related directly to the administration of this case until the Mediation Conference is concluded***" (the "Abatement Order") [Main Case, ECF 574].

5. Less than a week after the Court entered its Abatement Order, on December 16, 2013, Rosen filed the underlying adversary proceeding (the "Adversary"), alleging six claims for relief against the Defendants.

6. Pursuant to the Court's Order abating all non-administrative matters, the Adversary should be abated. Accordingly, on December 18, 2013, Defendants sent a letter to Rosen requesting that he agree to abate the Adversary.

7. On December 24, 2013, Rosen sent a letter to Defendants agreeing to the abatement so long as the Defendants would consent to abating the deadline for Rosen to respond to the Trustee's Motion for Sanctions Against Samuel D. Rosen, Doug Broeker and Sweetapple, Broeker & Varkas, P.L. [Main Case, ECF 611].

8. Defendants agreed, called Rosen and pursuant to his request, sent him a draft Motion and Order on December 26, 2013. On January 6, 2014, Rosen responded to the draft Motion and Order advising that he would agree to an enclosed Stipulation

which only provided for the extension for the Defendants' answer deadline and did not address the remaining pretrial deadlines. A true and correct copy of Rosen's January 6, 2014 letter and Stipulation are attached hereto as Exhibit "A."

9. As Defendants believe that all deadlines in the Adversary should be abated pending the outcome of mediation and that such relief is required to be obtained from this Court by a motion in accordance with the Local Rules, Defendants respectfully request that this Court enter an order abating all deadlines in the Adversary as set forth herein.

10. This Motion is not being filed for any dilatory purpose.

11. A proposed order accompanies this Motion.

**WHEREFORE,** the Court enter an Order (i) abating the Adversary, (ii) cancelling pretrial and all pretrial deadlines, (iii) extending the deadline for Defendants to respond to the Adversary Complaint until 21 days after (a) the declaration of an *impasse* at Mediation or (b) Plaintiff or Defendants provide written notification to all parties that they wish to proceed with the Adversary and (iv) granting such other and further relief as this Court deems just and proper.

CASE NO. 13-14289-BKC-RBR

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on January 6, 2014, via the Court's CM/ECF System to the parties listed on the attached Electronic Mail Notice List and via U.S. Mail to all interested parties on the attached Manual Notice List.

Respectfully submitted,

/s/ Gary M. Freedman
Gary M. Freedman
Fla. Bar No. 727260
Joel L. Tabas
Fla. Bar No. 516902
Tabas, Freedman & Soloff, P.A.
Attorneys for Trustee, Joel L. Tabas
One Flagler Building
14 Northeast First Avenue - PH
Miami, Florida  33132
Telephone:  (305) 375-8171
Facsimile:  (305) 381-7708
E-mail:  gfreedman@tabasfreedman.com
E-mail:  jtabas@tabasfreedman.com

# Mailing Information for Case 13-14289-LMI

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Thomas L Abrams    tabrams@tabramslaw.com, lmillspaugh@tabramslaw.com;fcolumbo@tabramslaw.com
- Paul J. Battista    pbattista@gjb-law.com, gjbecf@gjb-law.com
- Douglas C Broeker    doug@broekerlaw.com, Jamie@broekerlaw.com;DocService@broekerlaw.com
- Drew M Dillworth    ddillworth@stearnsweaver.com, mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com
- Gary M Freedman    gfreedman@tabasfreedman.com, jackie@tabasfreedman.com;lise@tabasfreedman.com
- Joe M. Grant    jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com
- Soneet R. Kapila    mwalker@kapilaco.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Lawrence E Pecan    lpecan@marshallgrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com
- Chad P Pugatch    cpugatch.ecf@rprslaw.com
- Damaris D Rosich-Schwartz    Damaris.D.Rosich-Schwartz@usdoj.gov
- Peter E. Shapiro    pshapiro@shapirolawpa.com
- Eric J Silver    esilver@stearnsweaver.com, sanderson@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com
- Joel L Tabas    JLT@tfsmlaw.com, jtabas@ecf.epiqsystems.com;scott@tfsmlaw.com;kborrego@tabasfreedman.com
- Joel L Tabas    jtabas@tabasfreedman.com, jdieguez@tabasfreedman.com;kborrego@tabasfreedman.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Samuel D. Rosen
10175 Collins Avenue
Apt. 502
Bal Harbour, FL 33154


Thomas A Bastian
14 NE 1 Ave 15 Fl
Miami, FL 33132

Charles Duffy
Katz Barron
2699 S. Bayshore Drive, 7th FL
Miami, FL 33133-5408

**SAMUEL D. ROSEN**
**10175 COLLINS AVENUE**
**APT. 502**
**BAL HARBOUR, FL  33154**
**TEL. 305-868-6096 CELL 917-974-7588**

January 6, 2014

<u>*Via Facsimile (305)381-7708 and U.S. Mail*</u>
Andrea L. Rigali, Esq.
Tabas, Freedman, Soloff, Brown & Rigali, P.A.
14 NE 1st Avenue
Miami, FL  33132

      Re:    The Fort Lauderdale Bridge Club
              Case No. 13-14289

Dear Ms. Rigali:

      I just returned home to find your letter of December 26 enclosing your proposed Motion and proposed Order.  I am very much disappointed for several reasons, not the least of which is your firm's incessant predilection for knee-capping at every opportunity.  <u>See</u>, *e.g.*, paragraph 5 of your proposed agreed Motion.  Was there a reason you did not include <u>your</u> December 20 filing of <u>your</u> Motion for Sanctions against me and Doug as inappropriate under the "abatement order?"  It seems nothing is ever simple with your people.

      Here's what I am willing to do – attached is a Stipulation signed by <u>me</u> respecting the adversary which you may sign and submit to be "So Ordered."  If you don't like it, go file whatever you want.

      By the way, I am *pro se* – alone on adversary – no need to copy Doug or send anything to him (he's not a messenger for you).  If you do, I will add it to the adversary claim regarding interfering with my attorney-client relationship with Doug.

      Too bad.  Seems Gary can't do anything right, not even a simple, agreed motion.

                                Yours etc.

                                  Samuel D. Rosen

SDR/mem
Enclosure


EXHIBIT "A"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

THE FORT LAUDERDALE BRIDGE              Case No. 13-14289-LMI

CLUB, INC.

     Debtor.
_____/

SAMUEL D. ROSEN,                      Adversary No. 13-01884-LMI

     Plaintiff,

vs.

GARY FREEDMAN, JOEL TABAS,
FREEDMAN, SOLOFF, BROWN &
RIGALI, P.A., AND JOHN DOE I-X,

     Defendants.
_____/

## STIPULATION

IT IS HEREBY stipulated by and between the parties as follows:

1.     Defendants' time to answer or move respecting the Complaint herein is hereby extended to and including February 24, 2014.

STIPULATED AND AGREED:

_____
Samuel D. Rosen
Plaintiff, *Pro Se*
10175 Collins Avenue
Apt. 502
Bal Harbour, Florida 33154
Tel.: (305) 868-6096
Cell: (917) 974-7588

_____
Andrea L. Rigali, Esq.
Tabas, Freedman, Soloff, Brown & Rigali, P.A.
14 NE 1st Avenue

1

Miami, FL  33132
Tel: (305) 375-8171
Fax: (305)381-7708

SO ORDERED:

_____
Laurel M. Isicoff
United States Bankruptcy Judge

2

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via facsimile and U.S. Mail to: Andrea L. Rigali, Esq., Tabas, Freedman, Soloff, Brown & Rigali, P.A., 14 NE 1st Avenue, Miami, FL 33132 this 6th day of January 2014.

                                            _/s/_____

                                            Samuel D. Rosen
                                            Plaintiff, *Pro Se*
                                            10175 Collins Avenue
                                            Apt. 502
                                            Bal Harbour, Florida 33154
                                            Tel.: (305) 868-6096
                                            Cell: (917) 974-7588