

ORDERED in the Southern District of Florida on January 6, 2014.

*[signature]*

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| In re: | CASE NO. 13-14289-BKC-LMI |
| | Chapter 11 |
| THE FORT LAUDERDALE BRIDGE CLUB, INC. | |
|        Debtor._____/ | |
| SAMUEL D. ROSEN, | ADV. PROC. NO. 13-1884-LMI |
|        Plaintiff, | |
| v. | |
| GARY FREEDMAN, JOEL TABAS, TABAS, FREEDMAN, SOLOFF, BROWN& RIGALI, P.A., AND JOHN DOE I-X, | |
|        Defendants._____/ | |

**ORDER GRANTING DEFENDANTS'** *EX PARTE*
**MOTION TO ABATE  ADVERSARY PROCEEDING**

      **THIS CAUSE** having been raised before the Court upon Defendants' *Ex Parte*

Motion to Abate Adversary Proceeding (the "Motion to Abate"), and the Court, having

reviewed the Motion to Abate and the Abatement Order (as defined in the Motion to Abate) and finding that no hearing is necessary, it is

**ORDERED** as follows:

1. The Motion to Abate is granted.

2. The pretrial conference scheduled for March 5, 2014 is cancelled.

3. Defendants' response to the Adversary Complaint and all pretrial deadlines are abated until 21 days after (a) the declaration of an *impasse* at Mediation or (b) Plaintiff or Defendants provide written notification to all parties that they wish to proceed with the Adversary

# # #

Submitted by:

Gary M. Freedman
Tabas, Freedman & Soloff, P.A.
Attorneys for Defendants
14 N.E. First Avenue, Penthouse
Miami, Florida  33132
Telephone: (305) 375-8171
Facsimile: (305) 381-7708
gary@tabasfreedman.com

Copy furnished to:
Gary M. Freedman
Attorney Gary M. Freedman is hereby directed to serve a copy of this Order immediately upon receipt on all interested parties.