**United States Bankruptcy Court**
**Southern District of Florida**
**Miami Division**
*www.flsb.uscourts.gov*

| | |
|---|---|
| In re: The Fort Lauderdale Bridge Club | Case No.: 13-14289-LMI |
| _____/ | *Chapter 11* |
| Samuel D. Rosen, | |
| Plaintiff, | Case No.: 13-01884-LMI |
| v. | *Adversary Case No. 1* |
| Gary Freedman, Joel Tabas, Tabas, Freedman, Soloff, Brown & Rigali, P.A., and John Doe I – X, | |
| Defendants | |
| _____/ | |

**Defendants Unopposed Motion for Extension of Time to Respond to Complaint**

Defendants Gary Freedman, Joel Tabas, and Freedman, Soloff, Brown & Rigali, P.A. (collectively the "Defendants") file this motion for enlargement of time to respond to Plaintiff Samuel D. Rosen's complaint; and would show:

1. On February 26, 2013, the Ft. Lauderdale Bridge Club, Inc. ("Debtor") filed a Chapter 11 petition, commencing its bankruptcy case.[1]

2. Joel L. Tabas was appointed Trustee.[2]

3. On December 16, 2013, Samuel Rosen initiated this adversary proceeding alleging six theories of liability against Mr. Tabas and his law firm.[3]

---

[1]    D.E. 1; Main Bankruptcy Case.

[2]    D.E. 240, 243; Main Bankruptcy Case.

[3]    D.E. 1; Adversary Case.

4. On January 6, 2014, the Defendants requested an *ex parte* abatement of the adversary case pending the outcome of a mediation in the primary bankruptcy case set to occur on January 22, 104.[4]

5. That request was granted, extending all deadlines to 21 days after mediation impassed or one of the parties provided written notification that they wished to proceed.[5]

6. As reflected in the mediators report dated January 24, 2014, the "parties otherwise did not reach an agreement to settle the disputes being mediated."[6] Based upon the January 6 order and the January 24, 2014 mediator's report, the answer to the complaint is presently due on February 12, 2014.

7. The undersigned law firm, Klein Glasser Park Lowe & Pelstring, P.L., was then retained to provide a defense to the adversary case after the Defendants placed their insurance carrier on notice of the claim.

8. Based upon the size of the underlying bankruptcy file and the complexity of some of the issues implicated by the complaint, the undersigned will need additional time to respond to Mr. Rosen's complaint.

9. The undersigned believes that 30 days should be an adequate amount of time.

10. The new due date would be March 14, 2014.

11. Bankruptcy Rule 9006(b) provides a standard for computing time and grants the bankruptcy court the inherent power to extend these periods for "cause shown."[7] The

---

[4] D.E. 6; Adversary Case.

[5] D.E. 8; Adversary Case.

[6] D.E. 702; Main Bankruptcy Case.

[7] *See in re Vieweg*, 10-18022-BKC-AJC, 2011 WL 5593184 (Bankr. S.D. Fla. 2011) *aff'd sub nom. Dillworth v. Obregon*, 12-20075-CIV, 2012 WL 3244683 (S.D. Fla. 2012).

present motion is brought for purposes of providing additional time to thoroughly evaluate a pending adversary complaint so that a fully informed response can be made to the allegations in Mr. Rosen's complaint.

12.     This motion is not brought for purposes of delay.

13.     Counsel for the Defendants has conferred with Mr. Rosen who does not oppose the relief requested in this motion.

14.     A proposed order accompanies this motion.

**Wherefore,** the Defendants request this Court enter an order extending the deadline for responding to Mr. Rosen's complaint up to, and including, March 14, 2014.

## Certificate of Service

**I hereby certify** that a true and correct copy of the foregoing was filed on February 11, 2014 via the Court's CM/ECF system to:

- **Thomas L Abrams; tabrams@tabramslaw.com;** lmillspaugh@tabramslaw.com;fcolumbo@tabramslaw.com
- **Paul J. Battista**    pbattista@gjb-law.com, gjbecf@gjb-law.com
- **Douglas C Broeker**    doug@broekerlaw.com, Jamie@broekerlaw.com;DocService@broekerlaw.com
- **Drew M Dillworth**    ddillworth@stearnsweaver.com, mfernandez@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;dillworthcdp@ecf.epiqsystems.com;cgraver@stearnsweaver.com
- **Dorothy F Easley**    administration@easleyappellate.com, easleyappellate@gmail.com;admin2@easleyappellate.com
- **Gary M Freedman**    gfreedman@tabasfreedman.com, jackie@tabasfreedman.com;lise@tabasfreedman.com
- **Joe M. Grant**    jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com
- **Soneet R. Kapila**    mwalker@kapilaco.com
- **Matthew G Krause**    mkrause@ls-law.com, afraas@ls-law.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Lawrence E Pecan**    lpecan@marshallgrant.com, efile@marshallgrant.com;mg197ecfbox@gmail.com
- **Chad P Pugatch**    cpugatch.ecf@rprslaw.com
- **Damaris D Rosich-Schwartz**    Damaris.D.Rosich-Schwartz@usdoj.gov
- **Peter E. Shapiro**    pshapiro@shapirolawpa.com

- **Eric J Silver**     esilver@stearnsweaver.com, sanderson@stearnsweaver.com;bank@stearnsweaver.com;rross@stearnsweaver.com;larrazola@stearnsweaver.com;cgraver@stearnsweaver.com
- **Brian F Spector**     brian@bspector.com
- **Joel L Tabas**     JLT@tfsmlaw.com, jtabas@ecf.epiqsystems.com;scott@tfsmlaw.com;kborrego@tabasfreedman.com
- **Joel L Tabas**     jtabas@tabasfreedman.com, jdieguez@tabasfreedman.com;kborrego@tabasfreedman.com

**Manual Notice List**

**Samuel D Rosen**
10175 Collins Ave #502
Bal Harbour, FL 33154

**Thomas A Bastian**
14 NE 1 Ave 15 Fl
Miami, FL 33132

**Charles Duffy**
Katz Barron
2699 S. Bayshore Drive, 7th FL
Miami, FL 33133-5408

**Dorothy Easley**
Easley Appellate Practice PLLC
1200 Brickel Ave #1950
Miami, FL 33131

Respectfully submitted,

**/s/ Richard M. Jones**
Richard M. Jones, esq.
Counsel for the Defendants
KLEIN GLASSER PARK LOWE & PELSTRING, P.L.
9130 S. Dadeland Blvd., Suite 2000
Miami, FL  33156
305-670-3700– phone
305.670.8592 -  fax
jonesr@kgplp.com