

ORDERED in the Southern District of Florida on February 12, 2014.

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

United States Bankruptcy Court
Southern District of Florida
Miami Division
*www.flsb.uscourts.gov*

| | |
|---|---|
| In re: The Fort Lauderdale Bridge Club | Case No.: 13-14289-LMI |
| _____/ | Chapter 11 |
| Samuel D. Rosen, | |
| | Case No.: 13-01884-LMI |
| Plaintiff, | |
| | *Adversary Case No. 1* |
| v. | |
| Gary Freedman, Joel Tabas, Tabas, Freedman, Soloff, Brown & Rigali, P.A., and John Doe I – X, | |
| Defendants | |
| _____/ | |

### ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

THIS CAUSE came before the Court upon the Defendants Motion for Extension of Time to Respond to Plaintiff's Complaint. [ECF No. 1]. The Court, having reviewed the Motion and noted the absence of objection, finds good cause for granting the requested relief. Therefore, it is:

**ORDERED** that:

1. The Motion is GRANTED.

2. Defendants response to Plaintiff's complaint is due on March 14, 2014.

**Submitted by**:

Richard M. Jones, Esq.
Florida Bar No: 059097
jonesr@kgplp.com

Klein Glasser Park Lowe & Pelstring, PL
9130 S. Dadeland Blvd., Suite 2000
Miami, FL  33156
Tele:  305.670.3700
Fax:   305.670.8592

(Upon entry of this order, Attorney Jones is directed to serve a copy of this Order upon all interested parties, and to file a certificate of service.)